UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SANDRA MARIE DESPINIS**,                      Case No. 2:16-cv-01373-HZ

    Plaintiff,

vs.                                                        ORDER

**COMMISSIONER of Social Security**,

    Defendant.

Attorney fees in the amount of $10,500.00 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137. In accordance with the fee assignment which Plaintiff has signed, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

DATED this 2 day of August, 2017.

                                           _/s/ Marco Hernandez_
                                           United States District Court Judge

Submitted on August 1, 2017 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff